**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**

**v**                                    **Criminal Case. No.: 25-cr-149 (JMC)**

**LINWOOD BARNHILL**

### DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

Defendant, by and through undersigned counsel, does hereby submit the following Memorandum in Aid of Sentencing.

1. Sentencing is scheduled for January 9, 2006.

2. Defendant freely admits and acknowledges he has been convicted of a very serious criminal offense. Defendant acknowledged his involvement in the charged offense at the time of entry of his plea.

3. On the date of sentencing, defendant will express his remorse for any and all harm caused to the victim.

4. Defendant suffers from Type 2 Diabetes and takes multiple medications to control his blood sugar. His weight is excessive and he currently is listed as weighing 285 pounds. In addition, defendant is listed in D.C. Jail records as suffering from hyperlipidemia (high levels of cholesterol), onychomycosis (toe nail fungus), keloid-acne keloidal is

1

nuchae, hypertension and obesity. He is prescribed the following medications: Metformin HCL; Benzoyl Peroxide; Lipitor; Lisinopril; and low dose aspirin

5. The parties have agreed upon a sentencing range of 20 to 27 years of incarceration.

6. On February 7, 2026, defendant will turn 60 years of age.

7. A sentence at the bottom of the agreed upon range will require defendant to serve a sentence until he is approximately 80 years of age, minus time for the days he has been held without bond in this matter.

**Sentencing Considerations**

"Section 3553(a) of Title 18 specifies the factors courts are to consider in imposing a sentence. The list of factors is preceded by what is known as the parsimony principle, a broad command that instructs courts to impose a sentence sufficient, but not greater than necessary to comply with the four identified purposes of sentencing." *Dean v. United States*, 581 U.S. 62, 67 (2017). "Section 23553 (a)(2)(A) requires judges to consider the need for the sentence imposed…to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense." *Gall v. United States,* 552 U.S. 38, 53 (2007).

**Personal attributes and characteristics of Linwood Barnhill**

In 1989, defendant joined the Washington, D.C. Metroploutan Police Department as a police officer. He served the Washington, D.C. community as a police officer for a period in time in excess of 20 years. During his tenure as a police officer, he received commendations as an officer.

Defendant's career as a police officer exposed him to numerous traumatic events and he suffered a serious injury in a car accident while involved in police activity. Defendant reported having sustained PTSD as a result of the accident requiring multiple appointments with a police therapist.  As a consequence of the accident, defendant was out of work on medical leave for more than a year.

Defendant has been treated for depression in 2002, 2004 and 2011 following deaths in his family. He was diagnosed with depression at the D.C. Jail with a diagnosis of Adjustment Disorder with Anxiety.

Defendant's medical history is of significant concern. "Type 2 diabetes is a chronic condition that can shorten your life. Many health conditions can stem from diabetes. This includes heart disease, kidney disease and nerve damage*." Type 2 Diabetes Prognosis, Patty Weasler, Rn, BSN (2025), Verywealthhealth, https://www.verywellhealth.com.*

"Metabolic Syndrome is a group of conditions that together increase your risk of cardiovascular disease, Type 2 diabetes and stroke. It can lead to other health problems as well, like conditions related to plaque buildup in artery walls and organ damage." "The primary driver of metabolic syndrome is insulin resistance, where the body's cells do not respond effectively to insulin, leading to elevated blood sugar levels. Other contributing factors include:

-Obesity

-High blood pressure

-Physical inactivity

-Age

-Genetics

-Ethnicity

"Metabolic syndrome is a serious health condition that increases the risk of cardiovascular diseases…."

https://my.clevelandclinic.org

Defendant exhibits at least 3 of the major factors evidencing metabolic syndrome. The factors are obesity, high blood pressure and age.

According to the National Vital Statistics Reports, Volume 74, Number 6, July 15, 2023., the average life expectancy for a Black, Non-Hispanic male is 75.8 years.

**CONCLUSION**

Defendant has pled guilty to a serious criminal offense and is facing a very serious period on incarceration. There are numerous reasons in mitigation of a sentence in the high range of the agreed upon sentencing structure. Those reasons include

a. Defendant entered a plea of guilty and obviated the need for trial. This act on the part of defendant was done in consideration of not requiring the victim to suffer through the anxieties and uncertainties of trial for defendant;

b. Defendant spent 25 years admirably serving the Washington, D.C. community as a police officer;

c. Defendant is almost 60 years of age. A sentence of 20 years of incarceration will keep him incarcerated beyond his average life expectancy;

d. Defendant has multiple health issues that will significantly decrease his expected life expectancy.

A sentence of 20 years of incarceration clearly sends a message concerning the serious nature of defendant's crime. However, a sentence

above 20 years is beyond what is just and necessary in the factual context

of this matter

                                        Respectfully submitted,

                                        _____/s/_____
                                        Steven R. Kiersh#323329
                                        5335 Wisconsin Avenue, N.W.
                                        Suite 440
                                        Washington, D.C. 20015
                                        (202) 997-1125


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was
served upon all counsel, via the Court's electronic filing system, on this the
5th day of January, 2026.


                                        _____/s/_____
                                        Steven R. Kiersh